### 21207.  CARROLL *v.* THE STATE.

BROYLES, C. J.  The evidence as to whether the defendant had possession of whisky was in acute conflict, but that question of fact was finally settled against him by the verdict finding him guilty; and that finding having been approved by the trial judge, and no error of law being complained of, this court is without authority to interfere.

<em>Judgment affirmed. Luke and Bloodworth, JJ., concur.</em>

DECIDED APRIL 14, 1931.

*W. H. Lasseter,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.

### 21209.  McGAHEE *v.* THE STATE.

BLOODWORTH, J.  In the trial of a criminal case the jurors are the only and final arbiters of the facts, and when a case reaches this court, where no error of law has been committed on the trial and the trial judge has approved the verdict, and it is supported by any evidence, however slight, this court is powerless to interfere. The verdict is supported by evidence and is approved by the trial judge.

<em>Judgment affirmed. Broyles, C. J., and Luke, J., concur.</em>

DECIDED APRIL 14, 1931.

*B. J. Stevens,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.